UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MILTON E. JONES,

                              Plaintiff(s),                      STIPULATION OF
                                                                            VOLUNTARY
                                                                            DISMISSAL PURSUANT
                                                                             TO F.R.C.P. 41(a)(1)(A)(ii)

-against-

                                                                             18-CV-0947

MCCARTHY, *et al.*,                                                 GLS/DJS

                              Defendant(s).
-------------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the plaintiff appearing pro se and the attorneys of record for defendants Timothy McCarthy and William Fennessy, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, all claims in the above-captioned action are hereby voluntarily dismissed, with prejudice, against defendants Timothy McCarthy and William Fennessy, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: Ossining, New York
          November 13, 2019

                                                                       _____
                                                                       Milton E. Jones (88-B-2329)
                                                                       Plaintiff Pro Se
                                                                       Sing Sing Correctional Facility
                                                                       354 Hunter Street
                                                                       Ossining, NY 10562

Dated: Albany, New York
          November 18, 2019
                19

                                                                       LETITIA JAMES
                                                                       Attorney General of the State of New York
                                                                       Attorney for Defendants
                                                                       The Capitol
                                                                       Albany, New York 12224-0341

By: [signature]
Kostas D. Leris
Assistant Attorney General, of Counsel
Bar Roll No. 519646
Telephone: (518) 776-2574
Email: Kostas.Leris@ag.ny.gov

Dated: Albany, New York
_Nov. 13_, 2019

SO ORDERED:

[signature]
Hon. Gary L. Sharpe
SENIOR UNITED STATES DISTRICT JUDGE

November 20, 2019
Albany, New York